UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 14-60885-CIV-ZLOCH

ANDREZEJ TARASEWICZ, individually,
and JOANNA PASCHILKE TARASEWICZ,
individually,

          Plaintiffs,

**ORDER DIRECTING ISSUANCE
OF THE WARRANT OF ARREST**

vs.

ROYAL CARIBBEAN CRUISES LTD., d/b/a
ROYAL CARIBBEAN, RCL and/or RCCL;
ROYAL CARIBBEAN INTERNATIONAL, f/k/a
ROYAL CARIBBEAN CRUISE LINE; the M/V
"LIBERTY OF THE SEAS," her boilers, engines,
tackle, equipment, freight, appliances,
appurtenances, etc., in rem; KJETIL GJERSTAD,
individually, MARINE GLOBAL GROUP AS, an
active foreign Norwegian private limited company;
MARINE GLOBAL NORWAY AS, active foreign
Norwegian private limited company; MARINE
GLOBAL HOLDING AS, an active foreign
Norwegian private limited company; MARINE
GLOBAL SWEDEN AB, an active foreign Swedish
limited company; MARINE GLOBAL GROUP,
INC., a Florida foreign business organization,
YARA INTERNATIONAL ASA, an active
Norwegian public limited company; GREEN TECH
MARINE AS, an active foreign Norwegian private
limited company; GREEN TECH MARINE GGG
AB, an active foreign Swedish private limited
company; BENGT PETER KENNY STRANDBERG, an individual;
AMT MARINE AND INDUSTRIAL ENGINEERING LTD., an
active foreign United Kingdom private limited
company; and CEGA GROUP SERVICES LTD., a
foreign United Kingdom private limited company,

          Defendants.

_____/

      This matter is before the Court upon Plaintiffs Andrezej Tarasewicz and Joanna Paschilke Tarasewicz's Emergency Motion For The Issuance Of a Warrant Of Arrest And Order Directing The U.S.

Marshal To Arrest The M/V "Liberty Of The Seas" (DE 3). The Court has carefully reviewed said Motion, the entire court file and is otherwise fully advised in the premises.

Accordingly, after due consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. Plaintiffs Andrezej Tarasewicz and Joanna Paschilke Tarasewicz's Emergency Motion For The Issuance Of a Warrant Of Arrest And Order Directing The U.S. Marshal To Arrest The M/V "Liberty Of The Seas" (DE 3) be and the same is hereby **GRANTED**; and

2. Pursuant to Supplemental Rule C(3) and Local Admiralty Rule C(2)(a), the Clerk of the Court is hereby **DIRECTED** to issue a warrant of arrest in the above-styled action.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this _____ day of April, 2014.

_____
WILLIAM J. ZLOCH
United States District Judge

Copies furnished:

All Counsel of Record