UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 14-60885-CIV-ZLOCH

ANDREZEJ TARASEWICZ, individually,
and JOANNA PASCHILKE TARASEWICZ,
individually,

      Plaintiffs,

v.

ROYAL CARIBBEAN CRUISES LTD., et al.

      Defendants.
_____/

**VERIFIED LIMITED APPEARANCE AND
CLAIM OF OWNER TO THE M/V LIBERTY OF THE SEAS**

PLEASE TAKE NOTICE that RCL Cruises Ltd. ("RCCL"), by and through its undersigned counsel, pursuant to Supplemental Rule C(6)(a) and while asserting its defense that it is not subject to the jurisdiction of this District Court, hereby makes claim to the M/V LIBERTY OF THE SEAS, her engines, tackle, appurtenances, spares and equipment appertaining whether onboard or not, before this District Court as the said vessel is proceeded against in the Verified Complaint of Andrezej Tarasewicz, individually, and Joanna Paschilke Tarasewicz, individually, ("Plaintiffs"). RCCL states that it is the owner *pro hac vice* and bareboat charterer of the M/V LIBERTY OF THE SEAS. Pursuant to Supplemental Rule E(8) and without waiving its defense that it is not subject to the jurisdiction of this District Court, RCCL expressly enters its restricted and limited appearance asserting lack of *in personam* and *in rem* jurisdiction and to defend against the Plaintiffs' claims made pursuant to Supplemental Rule C and to seek the return or discharge of the vessel or, alternatively, any security posted as a substitute for the vessel.

## VERIFIED STATEMENT OF AUTHORITY

I, David W. McCreadie, am the attorney for RCCL. I have authority to file this Claim of Owner on behalf of RCCL. I have read the foregoing claim and know the contents therof to be true to the best of my information and belief based on information provided to me by an officer of Royal Caribbean Cruises, Ltd.

Signed this 18th day of April, 2014, in Tampa, Hillsborough County, Florida.

David W. McCreadie, Esq.

Respectfully submitted,

/s/ David W. McCreadie
DAVID W. McCREADIE
Florida Bar No. 308269
LAU LANE PIEPER CONLEY
& McCREADIE, P.A.
100 S. Ashely Drive, Suite 1700
Tampa, Florida 33602
Tel: 813-229-2121
Fax: 813-228-7710
dmccreadie@laulane.com
Attorneys for RCCL

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on April 18, 2014, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system.

/s/ David W. McCreadie
ATTORNEY