UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**IN ADMIRALTY**

CASE NO. 14-60885-CIV-ZLOCH

FILED by PE D.C.

FEB 02 2015

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. – MIAMI

ANDREZEJ TARASEWICZ, individually,
and JOANNA PASCHILKE TARASEWICZ,
individually,

    Plaintiffs,

v.

ROYAL CARIBBEAN CRUISES LTD., d/b/a
ROYAL CARIBBEAN, RCL and/or RCCL;
ROYAL CARIBBEAN INTERNATIONAL, f/k/a
ROYAL CARIBBEAN CRUISE LINE; the M/V
"LIBERTY OF THE SEAS", her boilers, engines,
tackle, equipment, freight, appliances,
appurtenances, etc., *in rem*; KJETIL GJERSTAD,
individually; MARINE GLOBAL GROUP AS, an
active foreign Norwegian private limited company;
MARINE GLOBAL NORWAY AS, active foreign
Norwegian private limited company; MARINE
GLOBAL HOLDING AS, an active foreign
Norwegian private limited company; MARINE
GLOBAL SWEDEN AB, an active foreign Swedish
limited company; MARINE GLOBAL GROUP,
INC., a Florida foreign business organization;
YARA INTERNATIONAL ASA, an active
Norwegian public limited company; GREEN TECH
MARINE AS, an active foreign Norwegian private
limited company; GREEN TECH MARINE GGG
AB, an active foreign Swedish private limited
company; BENGT PETER KENNY
STRANDBERG, an individual; AMT MARINE
AND INDUSTRIAL ENGINEERING LTD., an
active foreign United Kingdom private limited
company; and CEGA GROUP SERVICES LTD.,
a foreign United Kingdom private limited company,

    Defendants.

_____/

## SUMMONS ON A CROSSCLAIM

TO:      AMT MARINE AND INDUSTRIAL ENGINEERING, LTD., an active foreign United Kingdom private limited company;
Located at: 3 Brindley Road, Cardiff, CF11 8TX, Wales, UK.

    A lawsuit has been filed against defendant Royal Caribbean Cruises Ltd. and RCL Cruise Ltd. as the *pro hac vice* owner of the M/V LIBERTY OF THE SEAS, *in rem*, who as defendants are making this crossclaim against you.

    Within 21 days after service of this summons on you (not counting the day you received it), you must serve an answer to the attached crossclaim or a motion under Rule 12 of the Federal Rules of Civil Procedure. We also attach the underlying complaint. The answer or motion must be served on the defendants' attorneys:

        David W. McCreadie, Esq.
        Lau, Lane, Pieper, Conley & McCreadie, P.A.
        100 S. Ashley Drive, Suite 1700
        Tampa, Florida 33602
        Telephone: 813-229-2121
        Facsimile: 813-228-7710
        Email: dmccreadie@laulane.com

**Steven M. Larimore**          **FEB 02 2015**
CLERK                                                       DATE

*/s/ Patrick Edwards*
(BY) DEPUTY CLERK

| **RETURN OF SERVICE** | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE |
| NAME OF SERVER (PRINT) | TITLE |
| *Check one box below to indicate appropriate method of service* | |

- o  Served personally upon the defendant. Place where served: _____

- o  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. _____

- o  Name of person with whom the summons and complaint were left: _____

- o  Returned unexecuted: _____

- o  Other (*specify*): _____

| **STATEMENT OF SERVICE FEES** | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____   By: _____
         Date                              Process Server Signature

Process Server Address: _____