

### ESQUIRE
Tampa
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303



**Remit to:**
Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099
www.esquiresolutions.com

Tax Number: 45-3463120
Toll Free (800) 211-DEPO
Fax (856) 437-5009

## Invoice # ESQ270039

| Invoice Date | 03/10/2015 |
|---|---|
| Terms | NET 30 |
| Payment Due | 04/09/2015 |
| Date of Loss | |
| Name of Insured | |
| Adjustor | |
| Claim Number | |

W. CAMERON BEARD
BLANK ROME, LLP - NEW YORK
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 02/26/2015 | TARASEWICZ, ANDREZEJ AND JOANNA VS. ROY | 270549 | 03/06/2015 | FED EX |

| Description | Amount |
|---|---|
| Services Provided on 02/26/2015, ANDREZEJ TARASEWICZ | |
|    ONE COPY OF TRANSCRIPT/WORD INDEX (106 Pages) | $ 344.50 |
|    EXHIBITS | $ 3.50 |
|    ROUGH ASCII | $ 220.00 |
|    DIGITAL TRANSCRIPT/EXHIBITS | $ 30.00 |
|    CONDENSED TRANSCRIPT | $ 16.00 |
| | $ 614.00 |
|    SHIPPING | $ 25.00 |
| | $ 25.00 |

SHIPPED TO: BEARD, W. CAMERON
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
***ROUGH DRAFT PROVIDED***

| | |
|---|---|
| Tax: | $ 0.00 |
| Paid: | $ 0.00 |
| **Amount Due On/Before 04/24/2015** | **$ 639.00** |
| Amount Due After 04/24/2015 | $ 702.90 |

---

Tax Number: 45-3463120

### ESQUIRE

Please detach and return this bottom portion with your payment
or pay online at www.esquireconnect.com

VISA

| | |
|---|---|
| Invoice #: | ESQ270039 |
| Payment Due: | 04/09/2015 |
| **Amount Due On/Before 04/24/2015** | **$ 639.00** |
| Amount Due After 04/24/2015 | $ 702.90 |

W. CAMERON BEARD
BLANK ROME, LLP - NEW YORK
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174

**Remit to:**
Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099
www.esquiresolutions.com

Thank you for your business!

202 0000270039 03102015 5 000063900 9 04092015 04242015 5 000070290 25



**ESQUIRE**
Tampa
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303

Tax Number: 45-3463120
Toll Free (800) 211-DEPO
Fax (856) 437-5009



W. CAMERON BEARD
BLANK ROME, LLP - NEW YORK
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174

**Remit to:**
Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099
www.esquiresolutions.com

## Invoice # ESQ273902

| Invoice Date | 03/17/2015 |
|---|---|
| Terms | NET 30 |
| Payment Due | 04/16/2015 |
| Date of Loss | |
| Name of Insured | |
| Adjustor | |
| Claim Number | |

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 03/05/2015 | TARASEWICZ, ANDREZEJ AND JOANNA VS. ROY | 270550 | 03/16/2015 | FED EX |

| Description | Amount |
|---|---|
| Services Provided on 03/05/2015, ANDREZEJ TARASEWICZ | |
| ONE COPY OF TRANSCRIPT/WORD INDEX (156 Pages) | $ 507.00 |
| EXHIBITS | $ 5.00 |
| ROUGH ASCII | $ 322.50 |
| DIGITAL TRANSCRIPT/EXHIBITS | $ 30.00 |
| CONDENSED TRANSCRIPT | $ 16.00 |
| | $ 880.50 |
| SHIPPING | $ 51.21 |
| | $ 51.21 |

SHIPPED TO: BEARD, W. CAMERON
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174

| | |
|---|---|
| Tax: | $ 0.00 |
| Paid: | $ 0.00 |
| **Amount Due On/Before 05/01/2015** | **$ 931.71** |
| Amount Due After 05/01/2015 | $ 1,024.88 |

---

Tax Number: 45-3463120

Please detach and return this bottom portion with your payment
or pay online at **www.esquireconnect.com**

VISA

**ESQUIRE**

| | |
|---|---|
| Invoice #: | ESQ273902 |
| Payment Due: | 04/16/2015 |
| Amount Due On/Before 05/01/2015 | $ 931.71 |
| Amount Due After 05/01/2015 | $ 1,024.88 |

W. CAMERON BEARD
BLANK ROME, LLP - NEW YORK
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174

Remit to:
Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099
www.esquiresolutions.com

Thank you for your business!

ST
ST
ST
ST



202 0000273902 03172015 7 000093171 0 04162015 05012015 5 000102488 68



**ESQUIRE**
Tampa
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303

Tax Number: 45-3463120
Toll Free (800) 211-DEPO
Fax (856) 437-5009



**Remit to:**
Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099
www.esquiresolutions.com

### Invoice # ESQ294766

| Invoice Date | 04/21/2015 |
|---|---|
| Terms | NET 30 |
| Payment Due | 05/21/2015 |
| Date of Loss | |
| Name of Insured | |
| Adjuster | |
| Claim Number | |

W. CAMERON BEARD
BLANK ROME, LLP - NEW YORK
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 01/06/2015 | TARASEWICZ, ANDREZEJ AND JOANNA VS. ROY | 236417 | 04/21/2015 | FED EX |

| Description | Amount |
|---|---|
| Services Provided on 01/06/2015, ANDREZEJ TARASEWICZ | |
| ONE COPY OF TRANSCRIPT/WORD INDEX (115 Pages) | $ 373.75 |
| DIGITAL TRANSCRIPT/EXHIBITS | $ 30.00 |
| CONDENSED TRANSCRIPT | $ 16.00 |
| | $ 419.75 |
| SHIPPING | $ 25.00 |
| | $ 25.00 |
| Tax: | $ 0.00 |
| Paid: | $ 0.00 |
| **Amount Due On/Before 06/05/2015** | **$ 444.75** |
| Amount Due After 06/05/2015 | $ 489.23 |

---

Tax Number: 45-3463120

**ESQUIRE**

Please detach and return this bottom portion with your payment
or pay online at **www.esquireconnect.com**

VISA

| | |
|---|---|
| Invoice #: | ESQ294766 |
| Payment Due: | 05/21/2015 |
| Amount Due On/Before 06/05/2015 | $ 444.75 |
| Amount Due After 06/05/2015 | $ 489.23 |

W. CAMERON BEARD
BLANK ROME, LLP - NEW YORK
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174

**Remit to:**
Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099
www.esquiresolutions.com

Thank you for your business!

ST
ST
ST

202 0000294766 04212015 7 000044475 2 05212015 06052015 3 000048923 02

 

**ESQUIRE**
Tampa
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303

Tax Number: 45-3463120
Toll Free (800) 211-DEPO
Fax (856) 437-5009

W. CAMERON BEARD
BLANK ROME, LLP - NEW YORK
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174

**Remit to:**
Esquire Deposition Solutions, LLC
P.O. Box 846099
Dallas, TX 75284-6099
www.esquiresolutions.com

## Invoice # ESQ294608



| Invoice Date | 04/21/2015 |
|---|---|
| Terms | NET 30 |
| Payment Due | 05/21/2015 |
| Date of Loss | |
| Name of Insured | |
| Adjustor | |
| Claim Number | |

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 01/08/2015 | TARASEWICZ, ANDREZEJ AND JOANNA VS. ROY | 236418 | 04/21/2015 | FED EX |

| Description | Amount |
|---|---|
| Services Provided on 01/08/2015, ANDREZEJ TARASEWICZ | |
| ONE COPY OF TRANSCRIPT/WORD INDEX (130 Pages) | $ 422.50 |
| DIGITAL TRANSCRIPT/EXHIBITS | $ 30.00 |
| CONDENSED TRANSCRIPT | $ 16.00 |
| | $ 468.50 |
| SHIPPING | $ 52.22 |
| | $ 52.22 |

| | |
|---|---|
| Tax: | $ 0.00 |
| Paid: | $ 0.00 |
| **Amount Due On/Before 06/05/2015** | **$ 520.72** |
| Amount Due After 06/05/2015 | $ 572.79 |

---

Tax Number: 45-3463120

Please detach and return this bottom portion with your payment
or pay online at www.esquireconnect.com

VISA

**ESQUIRE**

| | |
|---|---|
| Invoice #: | ESQ294608 |
| Payment Due: | 05/21/2015 |
| **Amount Due On/Before 06/05/2015** | **$ 520.72** |
| Amount Due After 06/05/2015 | $ 572.79 |

W. CAMERON BEARD
BLANK ROME, LLP - NEW YORK
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174

**Remit to:**
Esquire Deposition Solutions, LLC
P.O. Box 846099
Dallas, TX 75284-6099
www.esquiresolutions.com

Thank you for your business!

ST
ST
ST
ST



202 0000294608 04212015 9 000052072 1 05212015 06052015 3 000057279 45

**ESQUIRE**
Palm Beach
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303



Remit to:
Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099
www.esquiresolutions.com

Tax Number: 45-3463120
Toll Free (800) 211-DEPO
Fax (856) 437-5009



### Invoice # ESQ301748

| Invoice Date | 05/04/2015 |
|---|---|
| Terms | NET 30 |
| Payment Due | 06/03/2015 |
| Date of Loss | |
| Name of Insured | |
| Adjustor | |
| Claim Number | |

W. CAMERON BEARD
BLANK ROME, LLP - NEW YORK
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 04/16/2015 | TARASEWICZ, ANDREZEJ AND JOANNA VS. ROY | 307454 | 05/01/2015 | FED EX |

| Description | Amount |
|---|---|
| Services Provided on 04/16/2015, KJETIL GJERSTAD | |
| ONE COPY OF TRANSCRIPT/WORD INDEX (257 Pages) | $ 848.10 |
| EXHIBITS | $ 43.50 |
| DIGITAL TRANSCRIPT/EXHIBITS | $ 30.00 |
| CONDENSED TRANSCRIPT | $ 16.00 |
| | $ 937.60 |
| SHIPPING | $ 63.39 |
| | $ 63.39 |

| | |
|---|---|
| Tax: | $ 0.00 |
| Paid: | $ 0.00 |
| **Amount Due On/Before 06/18/2015** | **$ 1,000.99** |
| Amount Due After 06/18/2015 | $ 1,101.09 |

---

Tax Number: 45-3463120

**ESQUIRE**

Please detach and return this bottom portion with your payment
or pay online at **www.esquireconnect.com**

VISA

W. CAMERON BEARD
BLANK ROME, LLP - NEW YORK
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174

| | |
|---|---|
| Invoice #: | ESQ301748 |
| Payment Due: | 06/03/2015 |
| Amount Due On/Before 06/18/2015 | $ 1,000.99 |
| Amount Due After 06/18/2015 | $ 1,101.09 |

Remit to:
Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099
www.esquiresolutions.com

Thank you for your business!

ST
ST
ST
ST

206 0000301748 05042015 6 000100099 0 06032015 06182015 0 000110109 98



**ESQUIRE**
Orlando
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303

Remit to:
Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099
orlando.esquiresolutions.com

Tax Number: 45-3463120
Toll Free (800) 211-DEPO
Fax (856) 437-5009

## Invoice # ESQ306218

| Invoice Date | 05/12/2015 |
|---|---|
| Terms | NET 30 |
| Payment Due | 06/11/2015 |
| Date of Loss | |
| Name of Insured | |
| Adjuster | |
| Claim Number | |

W. CAMERON BEARD
BLANK ROME, LLP - NEW YORK
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 05/05/2015 | TARASEWICZ, ANDREZEJ AND JOANNA VS. ROY | 323861 | 05/11/2015 | FED EX |

| Description | Amount |
|---|---|
| Services Provided on 05/05/2015, MICHAEL THOMAS | |
| ONE COPY OF TRANSCRIPT/WORD INDEX (210 Pages) | $ 630.00 |
| | $ 630.00 |
| Services Provided on 05/05/2015, MICHAEL THOMAS | |
| ONE COPY OF TRANSCRIPT/WORD INDEX (109 Pages) | $ 327.00 |
| | $ 327.00 |
| Services Provided on 05/05/2015 | |
| CUSTOM TABS | $ 15.50 |
| | $ 15.50 |
| Services Provided on 05/05/2015 | |
| EXHIBITS | $ 43.50 |
| | $ 43.50 |
| Services Provided on 05/05/2015 | |
| DIGITAL TRANSCRIPT/EXHIBITS | $ 60.00 |
| | $ 60.00 |

**CONTINUED ON NEXT PAGE...**

---

Tax Number: 45-3463120



Please detach and return this bottom portion with your payment
or pay online at **www.esquireconnect.com**

VISA

| | |
|---|---|
| Invoice #: | ESQ306218 |
| Payment Due: | 06/11/2015 |
| **Amount Due On/Before 06/26/2015** | **$ 1,165.30** |
| Amount Due After 06/26/2015 | $ 1,281.83 |

W. CAMERON BEARD
BLANK ROME, LLP - NEW YORK
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174

Remit to:
Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099
orlando.esquiresolutions.com

ST
ST
ST

Thank you for your business!

200 0000306218 05122015 3 000116530 6 06112015 06262015 2 000128183 64



○ ESQUIRE
Tampa
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303



**Remit to:**

Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099
www.esquiresolutions.com

Tax Number: 45-3463120
Toll Free (800) 211-DEPO
Fax (856) 437-5009

## Invoice # ESQ306916

| Invoice Date | 05/13/2015 |
|---|---|
| Terms | NET 30 |
| Payment Due | 06/12/2015 |
| Date of Loss | |
| Name of Insured | |
| Adjustor | |
| Claim Number | |

W. CAMERON BEARD
BLANK ROME, LLP - NEW YORK
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 05/03/2015 | TARASEWICZ, ANDREZEJ AND JOANNA VS. ROY | 324135 | 05/13/2015 | FED EX |

| Description | Amount |
|---|---|
| Services Provided on 05/03/2015, MAREK SIENIEK (CAPE CANAVERAL, FL) | |
| ONE COPY OF TRANSCRIPT/WORD INDEX (207 Pages) | $ 621.00 |
| EXHIBITS | $ 2.45 |
| ROUGH ASCII | $ 432.50 |
| DIGITAL TRANSCRIPT/EXHIBITS | $ 30.00 |
| CONDENSED TRANSCRIPT | $ 16.00 |
| | $ 1,101.95 |
| SHIPPING | $ 57.30 |
| | $ 57.30 |

SHIPPED TO: BEARD, W. CAMERON
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174

| | |
|---|---|
| Tax: | $ 0.00 |
| Paid: | $ 0.00 |
| **Amount Due On/Before 06/27/2015** | **$ 1,159.25** |
| Amount Due After 06/27/2015 | $ 1,275.18 |

---

Tax Number: 45-3463120

ESQUIRE

Please detach and return this bottom portion with your payment
or pay online at www.esquireconnect.com

VISA

| | |
|---|---|
| Invoice #: | ESQ306916 |
| Payment Due: | 06/12/2015 |
| **Amount Due On/Before 06/27/2015** | **$ 1,159.25** |
| Amount Due After 06/27/2015 | $ 1,275.18 |

W. CAMERON BEARD
BLANK ROME, LLP - NEW YORK
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174

**Remit to:**

Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099
www.esquiresolutions.com

Thank you for your business!

202 0000306916 05132015 1 000115925 3 06122015 06272015 8 000127518 60



**ESQUIRE**

2700 Centennial Tower
101 Marietta Street
Atlanta GA 30303
888-486-4044
www.esquiresolutions.com
Tax ID # 45-3463120

**Invoice INV0525676**

| | |
|---|---|
| Date | 6/25/2015 |
| Terms | Net 30 |
| Due Date | 7/25/2015 |

| | |
|---|---|
| Client Number | C00879 |
| Esquire Office | Tampa |
| Proceeding Type | Deposition |
| Name of Insured | |
| Adjuster | |
| Firm Matter/File # | N/A |
| Client Claim/Matter # | |
| Date of Loss | |

**Bill To**

Blank Rome - New York
The Chrysler Building
405 Lexington Avenue
New York NY 10174-0208

**Ship To**

Beard, W Cameron
The Chrysler Building
405 Lexington Avenue
New York NY 10174-0208

| Job Date | Job ID | Job Location | Case |
|---|---|---|---|
| 6/15/2015 | JS342311 | TAMPA, FLORIDA | TARASEWICZ, ANDREZEJ AND JOANNA VS. ROYAL CARIBB... |

| Description | Deponent | Qty | Unit Rate | Amount |
|---|---|---|---|---|
| TRANSCRIPT - COPY-INT-VID-WI | LESZEK AUGUSTYNEK - CR | 244 | 3.35 | 817.40 |
| 5 DAY EXPEDITE | LESZEK AUGUSTYNEK - CR | | | 286.09 |
| CONDENSED TRANSCRIPT | LESZEK AUGUSTYNEK - CR | 1 | 16.00 | 16.00 |
| DIGITAL TRANSCRIPT-PDF-PTX | LESZEK AUGUSTYNEK - CR | 1 | 30.00 | 30.00 |
| EXHIBITS B&W W/TABS | LESZEK AUGUSTYNEK - CR | 1 | 5.45 | 5.45 |
| WITNESS READ & SIGN LETTER | LESZEK AUGUSTYNEK - CR | 1 | 17.50 | 17.50 |
| ROUGH ASCII | LESZEK AUGUSTYNEK - CR | 198 | 2.50 | 495.00 |

| | |
|---|---|
| Subtotal | 1,667.44 |
| Shipping Cost (FedEx) | 56.47 |
| Total | 1,723.91 |
| Amount Due | $1,723.91 |

Attorney is responsible for payment of all charges incurred. Payment is due by "Due Date" shown on invoice. Failure to pay by "Due Date" may result in the assessment of a late fee. Transcript package typically includes transcript/word index, exhibits, appearance fee, condensed transcript, litigation support disk, shipping, video charges and may include other service charges based on job or region. Some services and rates may vary by job or region. Please contact your local office for specific detail and questions. Full Terms and Conditions are viewable online at www.esquiresolutions.com/invoice-terms. These stated terms and conditions, to the extent they contradict the rules and regulations in Arizona, do not apply. All aspects of this invoice and other business terms comply with the ethical obligations set forth in the AZ Code of Judicial Administration Section 7-206(J)(1)(g)(3) through (6).

Please detach and return this bottom portion with your payment or pay online at

**www.esquireconnect.com**

**Remit to:**

Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099

| | |
|---|---|
| Client Name | Blank Rome - New York |
| Client # | C00879 |
| Invoice # | INV0525676 |
| Invoice Date | 6/25/2015 |
| Due Date | 7/25/2015 |
| Amount Due | $ 1,723.91 |


**ESQUIRE**
DEPOSITION SOLUTIONS

2700 Centennial Tower
101 Marietta Street
Atlanta GA 30303
888-486-4044
www.esquiresolutions.com
Tax ID # 45-3463120

**Invoice  INV0528371**

| | |
|---|---|
| Date | 6/30/2015 |
| Terms | Net 30 |
| Due Date | 7/30/2015 |

| | |
|---|---|
| Client Number | C00879 |
| Esquire Office | Tampa |
| Proceeding Type | Deposition |
| Name of Insured | |
| Adjuster | |
| Firm Matter/File # | N/A |
| Client Claim/Matter # | |
| Date of Loss | |

**Bill To**

Blank Rome - New York
The Chrysler Building
405 Lexington Avenue
New York NY 10174-0208

**Ship To**

Beard, W Cameron
The Chrysler Building
405 Lexington Avenue
New York NY 10174-0208

| Job Date | Job ID | Job Location | Case |
|---|---|---|---|
| 6/14/2015 | JS342310 | TAMPA, FLORIDA | TARASEWICZ, ANDREZEJ AND JOANNA VS. ROYAL CARIBB... |

| Description | Deponent | Qty | Unit Rate | Amount |
|---|---|---|---|---|
| TRANSCRIPT - COPY-INT-VID-WI | LESZEK AUGUSTYNEK - CR | 254 | 3.35 | 850.90 |
| 5 DAY EXPEDITE | LESZEK AUGUSTYNEK - CR | | | 297.82 |
| CONDENSED TRANSCRIPT | LESZEK AUGUSTYNEK - CR | 1 | 16.00 | 16.00 |
| DIGITAL TRANSCRIPT-PDF-PTX | LESZEK AUGUSTYNEK - CR | 1 | 30.00 | 30.00 |
| EXHIBITS B&W W/TABS | LESZEK AUGUSTYNEK - CR | 1 | 4.45 | 4.45 |
| WITNESS READ & SIGN LETTER | LESZEK AUGUSTYNEK - CR | 1 | 17.50 | 17.50 |
| ROUGH ASCII | LESZEK AUGUSTYNEK - CR | 207 | 2.50 | 517.50 |

| | |
|---|---|
| Subtotal | 1,734.17 |
| Shipping Cost (FedEx) | 56.47 |
| Total | 1,790.64 |
| Amount Due | $1,790.64 |

Attorney is responsible for payment of all charges incurred. Payment is due by "Due Date" shown on invoice. Failure to pay by "Due Date" may result in the assessment of a late fee. Transcript package typically includes transcript/word index, exhibits, appearance fee, condensed transcript, litigation support disk, shipping, video charges and may include other service charges based on job or region. Some services and rates may vary by job or region. Please contact your local office for specific detail and questions. Full Terms and Conditions are viewable online at www.esquiresolutions.com/invoice-terms. These stated terms and conditions, to the extent they contradict the rules and regulations in Arizona, do not apply. All aspects of this invoice and other business terms comply with the ethical obligations set forth in the AZ Code of Judicial Administration Section 7-206(J)(1)(g)(3) through (6).

Please detach and return this bottom portion with your payment or pay online at

**www.esquireconnect.com**

**Remit to:**
Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099

| | |
|---|---|
| Client Name | Blank Rome - New York |
| Client # | C00879 |
| Invoice # | INV0528371 |
| Invoice Date | 6/30/2015 |
| Due Date | 7/30/2015 |
| Amount Due | $ 1,790.64 |



**DTI**
1635 Market Street
Suite 410
Philadelphia, PA 19103
Phone : 215-563-7995
Fax : 215-563-7996
Fed. ID No. : 58-2413793

# INVOICE

Invoice Number: 815622

Invoice Date: 06/30/14

Bill To:
Blank Rome LLP
One Logan Square
130 North 18th Street
Philadelphia, PA 19103
Jeremy Hershaft

Ship To:
Blank Rome LLP
One Logan Square
130 North 18th Street
Philadelphia, PA 19103

| Customer ID | 16763 |
|---|---|
| Terms | Net 15 Days |
| Sales Rep | PHI KGB |
| Sales Rep 2 | |
| P.O. Number | |

| Job No. | BR06-00025 |
|---|---|
| ESI Project No. | |
| Client / Matter No. | Green Tech |

| Quantity | Description | Unit Price | Total Price |
|---|---|---|---|
| 604 | Printing | 0.06 | 36.24 |
| 0.35 | Technical Time (hr) | 140.00 | 49.00 |

Requested By: Jeremy Hershaft
Date Requested: 6/26/14

Thank you for choosing DTI
Past due invoices are subject to 1.5% interest per month

| | |
|---|---|
| Subtotal: | 85.24 |
| Total Sales Tax: | 2.90 |
| Total: | 88.14 |

Accepted By: _____

Remit To: DTI
PO Box 934272
Atlanta, GA 31193-4272

LAU, LANE, PIEPER, CONLEY & McCREADIE, P.A.

P. O. BOX 838
TAMPA, FLORIDA 33601-0838
Tax No.: 59-2132119

May 22, 2015

W. Cameron Beard, Esquire
Blank Rome LLP
The Chrysler Building
405 Lexington Ave.
New York, NY 10174-0208

## BILLING STATEMENT

RE: *Andrezej Tarasewicz et al. v. Royal Caribbean Cruises Ltd. et al.*
United States District Court for the Southern District of Florida
Case No. 14-60885-CIV-ZLOCH

Photocopy charges for the following:

- Broward Health Medical Center (Broward Health 000001-000043)

```
43 pages at $.30 per copy     = $   12.90
Shipping/Handling:            = $    2.45
```

# Total Due:                                    **$15.35**

# **PAYMENT IS DUE UPON RECEIPT**