

 **INVOICE**

Invoice #SSD-2015000859
5/27/2015



Eric Christu, Esq.
SHUTTS & BOWEN, LLP
525 Okeechobee Blvd
Suite 1100
West Palm Beach, FL 33401

Send Payments To:
SIGNED, SEALED & DELIVERED INC.
P.O. Box 15255
West Palm Beach, FL 33416
Phone: (561) 712-1722
Fax: (561) 712-0167
65-0435749

**Case Number:** SOUTHERN 14-60885-BLOOM/VALLE

**Plaintiff:**
ANDREZEJ TARASEWICZ, individually, and JOANNA PASCHILKE TARASEWICZ, individually,

**Defendant:**
ROYAL CARIBBEAN CRUISES LTD., et al.,

Received: 5/19/2015   Served: 5/22/2015 3:20 pm   CORPORATE
To be served on: BROWARD HEALTHCARE SYSTEM INC.

## ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| DADE, BROWARD, MARTIN CO. SUBPOENA | 1.00 | 60.00 | 60.00 |
| PRINTING FEE | 6.00 | 0.15 | 0.90 |
| **TOTAL CHARGED:** | | | **$60.90** |
| **BALANCE DUE:** | | | **$60.90** |

**** WE APPRECIATE YOUR BUSINESS!****
We accept all major credit cards.
(please add 5% fee for american express)

WE OBSERVE ALL COURT HOLIDAYS.

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5n



# INVOICE

Invoice #SSD-2015000939
6/10/2015



Eric Christu, Esq.
SHUTTS & BOWEN, LLP
525 Okeechobee Blvd
Suite 1100
West Palm Beach, FL 33401

**Send Payments To:**
SIGNED, SEALED & DELIVERED INC.
P.O. Box 15255
West Palm Beach, FL 33416
Phone: (561) 712-1722
Fax: (561) 712-0167
65-0435749

**Case Number:** SOUTHERN 14-60885-BLOOM/VALLE

Plaintiff:
**ANDREZEJ TARASEWICZ, individually, and JOANNA PASCHILKE TARASEWICZ, individually,**

Defendant:
**ROYAL CARIBBEAN CRUISES LTD., et al.,**

Received: 6/1/2015   Served: 6/10/2015 12:50 pm   CORPORATE
To be served on: BROWARD HEALTH C/O RELEASE OF INFORMATION UNIT/MEDICAL RECORDS DEPT.

## ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| DADE, BROWARD, MARTIN CO. SUBPOENA | 1.00 | 60.00 | 60.00 |
| PRINTING FEE | 6.00 | 0.15 | 0.90 |
| **TOTAL CHARGED:** | | | **$60.90** |
| **BALANCE DUE:** | | | **$60.90** |

**** WE APPRECIATE YOUR BUSINESS!****
We accept all major credit cards.
(please add 5% fee for american express)

WE OBSERVE ALL COURT HOLIDAYS.

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5n

**Susan D. Miller**

| | |
|---|---|
| From: | Yvette_Hernandez@flsd.uscourts.gov |
| Sent: | Friday, June 05, 2015 11:47 AM |
| To: | Susan D. Miller |
| Subject: | Re: Tarasewicz v. RCCL et al. / Case No.: 14-cv-60885/Bloom/Valle |

(5/20/15)

Good morning, Ms. Miller. The cost of the transcript is $80.10. Pre-payment is required; however, to facilitate your request for delivery today, please email a scanned copy of the check and then mail the original check to chambers address below. I will deliver the transcript via email to you as soon as I receive the scanned check copy. Make check payable to: Yvette Hernandez, Inc.

Thank you!

Yvette Hernandez, CSR, RPR, CLR
Court Reporter to the Honorable U.S. District Judge Beth Bloom
United States District Court for the Southern District of Florida
Email: Yvette_Hernandez@flsd.uscourts.gov
United States Federal Courthouse
299 East Broward Boulevard, Room 207-B
Fort Lauderdale, Florida 33301
(954) 769-5680 (main line) / (954) 769-5686 (direct line) / (954) 769-5689 (fax)



ESQUIRE
Tampa
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303

Tax Number: 45-3463120
Toll Free (800) 211-DEPO
Fax (856) 437-5009

Remit to:
Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099
www.esquiresolutions.com

ERIC CHRISTU, ESQ.
SHUTTS & BOWEN, LLP - WEST PALM BEACH
SUITE 1100, 525 OKEECHOBEE BLVD
CITYPLACE TOWER
WEST PALM BEACH, FL 33401

## Invoice # ESQ309663

| Invoice Date | 05/18/2015 |
|---|---|
| Terms | NET 30 |
| Payment Due | 06/17/2015 |
| Date of Loss | |
| Name of Insured | |
| Adjustor | |
| Claim Number | |

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 05/03/2015 | TARASEWICZ, ANDREZEJ AND JOANNA VS. ROY | 324135 | 05/18/2015 | FED EX |

| Description | Price | Amount |
|---|---|---|
| Services Provided on 05/03/2015, MAREK SIENIEK (CAPE CANAVERAL, FL) | | |
| ONE COPY OF TRANSCRIPT/WORD INDEX (207 Pages) | $ 3.00 | $ 621.00 |
| EXHIBITS - COLOR | $ 1.95 | $ 1.95 |
| SUMMARY | $ 105.00 | $ 105.00 |
| CONDENSED TRANSCRIPT | $ 16.00 | $ 16.00 |
| | | $ 743.95 |

E TRAN ONLY

APPROVAL FOR PAYMENT PROCESS
Client# 26135  Matter# A035
Approved By:
Attorney Number 6144  Attorney Initial RAH
☒ Check issue  ☐ Hold (Billing Process only)
Please Return To: (for payment process) Gracie Chan

| | |
|---|---|
| Tax: | $ 0.00 |
| Paid: | $ 0.00 |
| **Amount Due On/Before 07/02/2015** | **$ 743.95** |
| Amount Due After 07/02/2015 | $ 818.35 |

---

Tax Number: 45-3463120

Please detach and return this bottom portion with your payment
or pay online at www.esquireconnect.com

ESQUIRE

| | |
|---|---|
| Invoice #: | ESQ309663 |
| Payment Due: | 06/17/2015 |
| **Amount Due On/Before 07/02/2015** | **$ 743.95** |
| Amount Due After 07/02/2015 | $ 818.35 |

ERIC CHRISTU, ESQ.
SHUTTS & BOWEN, LLP - WEST PALM BEACH
SUITE 1100, 525 OKEECHOBEE BLVD
CITYPLACE TOWER
WEST PALM BEACH, FL 33401

Remit to:

Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099
www.esquiresolutions.com

Thank you for your business!

202 0000309663 05182015 9 000074395 9 06172015 07022015 9 000081835 45


**ESQUIRE**
Orlando
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303



**Remit to:**
Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099
orlando.esquiresolutions.com

Tax Number: 45-3463120
Toll Free (800) 211-DEPO
Fax (856) 437-5009

## Invoice # ESQ311346

| Invoice Date | 05/20/2015 |
|---|---|
| Terms | NET 30 |
| Payment Due | 06/19/2015 |
| Date of Loss | |
| Name of Insured | |
| Adjustor | |
| Claim Number | |

SUSAN MILLER
SHUTTS & BOWEN LLP
SUITE 1100, 525 OKEECHOBEE BOULEVARD
WEST PALM BEACH, FL 33401

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 05/05/2015 | TARASEWICZ, ANDREZEJ AND JOANNA VS. ROY | 323861 | 05/20/2015 | FED EX |

| Description | Amount |
|---|---|
| Services Provided on 05/05/2015, MICHAEL THOMAS | |
| ONE COPY OF TRANSCRIPT/WORD INDEX (210 Pages) | $ 630.00 |
| | $ 630.00 |
| Services Provided on 05/05/2015, MICHAEL THOMAS | |
| ONE COPY OF TRANSCRIPT/WORD INDEX (109 Pages) | $ 327.00 |
| | $ 327.00 |
| Services Provided on 05/05/2015 | |
| CUSTOM TABS | $ 15.50 |
| | $ 15.50 |
| Services Provided on 05/05/2015 | |
| EXHIBITS | $ 43.50 |
| | $ 43.50 |
| Services Provided on 05/05/2015 | |
| DIGITAL TRANSCRIPT/EXHIBITS | $ 60.00 |
| | $ 60.00 |

**CONTINUED ON NEXT PAGE ...**

---

Tax Number: 45-3463120

Please detach and return this bottom portion with your payment
or pay online at **www.esquireconnect.com**


**ESQUIRE**



| | |
|---|---|
| Invoice #: | ESQ311346 |
| Payment Due: | 06/19/2015 |
| **Amount Due On/Before 07/04/2015** | **$ 1,177.44** |
| Amount Due After 07/04/2015 | $ 1,295.18 |

SUSAN MILLER
SHUTTS & BOWEN LLP
SUITE 1100, 525 OKEECHOBEE BOULEVARD
WEST PALM BEACH, FL 33401

**Remit to:**
Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099
orlando.esquiresolutions.com

Thank you for your business!

200 0000311346 05202015 3 000117744 2 06192015 07042015 1 000129518 51



Orlando
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303



**Remit to:**

Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099
orlando.esquiresolutions.com

**Tax Number:** 45-3463120
Toll Free (800) 211-DEPO
Fax (856) 437-5009

## Invoice # ESQ311346

| Invoice Date | 05/20/2015 |
|---|---|
| Terms | NET 30 |
| Payment Due | 06/19/2015 |
| Date of Loss | |
| Name of Insured | |
| Adjustor | |
| Claim Number | |

SUSAN MILLER
SHUTTS & BOWEN LLP
SUITE 1100, 525 OKEECHOBEE BOULEVARD
WEST PALM BEACH, FL 33401

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 05/05/2015 | TARASEWICZ, ANDREZEJ AND JOANNA VS. ROY | 323861 | 05/20/2015 | FED EX |

| Description | Amount |
|---|---|
| Services Provided on 05/05/2015 | |
|   CONDENSED TRANSCRIPT | $ 32.00 |
| | $ 32.00 |
| | |
| SHIPPING | $ 69.44 |
| | $ 69.44 |

| | |
|---|---|
| Tax: | $ 0.00 |
| Paid: | $ 0.00 |
| **Amount Due On/Before 07/04/2015** | **$ 1,177.44** |
| Amount Due After 07/04/2015 | $ 1,295.18 |

---

Tax Number: 45-3463120



Please detach and return this bottom portion with your payment
or pay online at **www.esquireconnect.com**

VISA  MasterCard  DISCOVER  AMERICAN EXPRESS

| | |
|---|---|
| Invoice #: | ESQ311346 |
| Payment Due: | 06/19/2015 |
| **Amount Due On/Before 07/04/2015** | **$ 1,177.44** |
| Amount Due After 07/04/2015 | $ 1,295.18 |

SUSAN MILLER
SHUTTS & BOWEN LLP
SUITE 1100, 525 OKEECHOBEE BOULEVARD
WEST PALM BEACH, FL 33401

**Remit to:**

Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099
orlando.esquiresolutions.com

Thank you for your business!

200  0000311346  05202015  3  000117744  2  06192015  07042015  1  000129518  51



**Tampa**
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303



**Remit to:**

Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099
www.esquiresolutions.com

**Tax Number:** 45-3463120
Toll Free (800) 211-DEPO
Fax (856) 437-5009

## Invoice # ESQ315317

| Invoice Date | 05/28/2015 |
|---|---|
| Terms | NET 30 |
| Payment Due | 06/27/2015 |
| Date of Loss | |
| Name of Insured | |
| Adjustor | |
| Claim Number | |

ERIC CHRISTU ,ESQ.
SHUTTS & BOWEN, LLP - WEST PALM BEACH
SUITE 1100, 525 OKEECHOBEE BLVD
CITYPLACE TOWER
WEST PALM BEACH, FL 33401

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 05/15/2015 | TARASEWICZ, ANDREZEJ AND JOANNA VS. ROY | 331197 | 05/28/2015 | FED EX |

| Description | | Price | Amount |
|---|---|---|---|
| Services Provided on 05/15/2015, MAREK SIENIEK (CAPE CANAVERAL, FL) | | | |
| ONE COPY OF TRANSCRIPT/WORD INDEX (133 Pages) | | $ 3.25 | $ 432.25 |
| CUSTOM TABS (4 Units) | | $ 0.50 | $ 2.00 |
| EXHIBITS - B&W (6 Units) | | $ 0.50 | $ 3.00 |
| EXHIBITS - COLOR | | $ 1.95 | $ 1.95 |
| DIGITAL TRANSCRIPT/EXHIBITS | | $ 30.00 | $ 30.00 |
| SUMMARY | | $ 105.00 | $ 105.00 |
| CONDENSED TRANSCRIPT | | $ 16.00 | $ 16.00 |
| | | | $ 590.20 |
| SHIPPING | | | $ 54.17 |
| | | | $ 54.17 |
| *SHIPPED TO: CHRISTU, ERIC ESQ* | | Tax: | $ 0.00 |
| *CITYPLACE TOWER* | | | |
| *SUITE 1100, 525 OKEECHOBEE BLVD* | | Paid: | $ 0.00 |
| *WEST PALM BEACH, FL 33401* | | | |
| | | **Amount Due On/Before 07/12/2015** | **$ 644.37** |
| | | Amount Due After 07/12/2015 | $ 708.81 |

---

| Tax Number: 45-3463120 | Please detach and return this bottom portion with your payment |
| or pay online at www.esquireconnect.com |



| | Invoice #: | ESQ315317 |
|---|---|---|
| | Payment Due: | 06/27/2015 |
| **Amount Due On/Before 07/12/2015** | | **$ 644.37** |
| Amount Due After 07/12/2015 | | $ 708.81 |

ERIC CHRISTU ,ESQ.
SHUTTS & BOWEN, LLP - WEST PALM BEACH
SUITE 1100, 525 OKEECHOBEE BLVD
CITYPLACE TOWER
WEST PALM BEACH, FL 33401

**Remit to:**

Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099
www.esquiresolutions.com

Thank you for your business!

202 0000315317 05282015 3 000064437 0 06272015 07122015 3 000070881 77



## Invoice INV0525262

2700 Centennial Tower
101 Marietta Street
Atlanta GA 30303
888-486-4044
www.esquiresolutions.com
Tax ID # 45-3463120

| Date | 6/25/2015 | Client Number | C08428 |
|---|---|---|---|
| Terms | Net 30 | Esquire Office | Tampa |
| Due Date | 7/25/2015 | Proceeding Type | Deposition |
| | | Name of Insured | |
| | | Adjuster | |
| | | Firm Matter/File # | N/A |
| | | Client Claim/Matter # | |
| | | Date of Loss | |

**Bill To**
Shutts & Bowen - West Palm Beach
525 Okeechobee Boulevard
West Palm Beach FL 33401

**Ship To**
Christu, Eric
525 Okeechobee Boulevard
West Palm Beach FL 33401

| Job Date | Job ID | Job Location | Case |
|---|---|---|---|
| 6/14/2015 | JS342310 | TAMPA, FLORIDA | TARASEWICZ, ANDREZEJ AND JOANNA VS. ROYAL CARIBB... |

| Description | Deponent | Qty | Unit Rate | Amount |
|---|---|---|---|---|
| TRANSCRIPT - COPY-INT-VID-WI | LESZEK AUGUSTYNEK - CR | 254 | 3.35 | 850.90 |
| 5 DAY EXPEDITE | LESZEK AUGUSTYNEK - CR | | | 297.82 |
| CONDENSED TRANSCRIPT | LESZEK AUGUSTYNEK - CR | 1 | 16.00 | 16.00 |
| DIGITAL TRANSCRIPT-PDF-PTX | LESZEK AUGUSTYNEK - CR | 1 | 30.00 | 30.00 |
| EXHIBITS B&W W/TABS | LESZEK AUGUSTYNEK - CR | 1 | 4.45 | 4.45 |
| WITNESS READ & SIGN LETTER | LESZEK AUGUSTYNEK - CR | 1 | 17.50 | 17.50 |
| ROUGH ASCII | LESZEK AUGUSTYNEK - CR | 207 | 2.50 | 517.50 |

| | |
|---|---|
| Subtotal | 1,734.17 |
| Shipping Cost (FedEx) | 25.00 |
| Total | 1,759.17 |
| Amount Due | $1,759.17 |

Attorney is responsible for payment of all charges incurred. Payment is due by "Due Date" shown on invoice. Failure to pay by "Due Date" may result in the assessment of a late fee. Transcript package typically includes transcript/word index, exhibits, appearance fee, condensed transcript, litigation support disk, shipping, video charges and may include other service charges based on job or region. Some services and rates may vary by job or region. Please contact your local office for specific detail and questions. Full Terms and Conditions are viewable online at www.esquiresolutions.com/invoice-terms. These stated terms and conditions, to the extent they contradict the rules and regulations in Arizona, do not apply. All aspects of this invoice and other business terms comply with the ethical obligations set forth in the AZ Code of Judicial Administration Section 7-206(J)(1)(g)(3) through (6).

Please detach and return this bottom portion with your payment or pay online at

### www.esquireconnect.com

**Remit to:**
Esquire Deposition Solutions, LLC
P.O. Box 846099
Dallas, TX 75284-6099

| | |
|---|---|
| Client Name | Shutts & Bowen - West Palm Be... |
| Client # | C08428 |
| Invoice # | INV0525262 |
| Invoice Date | 6/25/2015 |
| Due Date | 7/25/2015 |
| Amount Due | $ 1,759.17 |



# Invoice INV0525248

| | |
|---|---|
| Date | 6/25/2015 |
| Terms | Net 30 |
| Due Date | 7/25/2015 |

| | |
|---|---|
| Client Number | C08428 |
| Esquire Office | Tampa |
| Proceeding Type | Deposition |
| Name of Insured | |
| Adjuster | |
| Firm Matter/File # | N/A |
| Client Claim/Matter # | |
| Date of Loss | |

2700 Centennial Tower
101 Marietta Street
Atlanta GA 30303
888-486-4044
www.esquiresolutions.com
Tax ID # 45-3463120

**Bill To**
Shutts & Bowen - West Palm Beach
525 Okeechobee Boulevard
West Palm Beach FL 33401

**Ship To**
Christu, Eric
525 Okeechobee Boulevard
West Palm Beach FL 33401

| Job Date | Job ID | Job Location | Case |
|---|---|---|---|
| 6/15/2015 | JS342311 | TAMPA, FLORIDA | TARASEWICZ, ANDREZEJ AND JOANNA VS. ROYAL CARIBB... |

| Description | Deponent | Qty | Unit Price | Amount |
|---|---|---|---|---|
| TRANSCRIPT - COPY-INT-VID-WI | LESZEK AUGUSTYNEK - CR | 244 | 3.35 | 817.40 |
| 5 DAY EXPEDITE | LESZEK AUGUSTYNEK - CR | | | 286.09 |
| CONDENSED TRANSCRIPT | LESZEK AUGUSTYNEK - CR | 1 | 16.00 | 16.00 |
| DIGITAL TRANSCRIPT-PDF-PTX | LESZEK AUGUSTYNEK - CR | 1 | 30.00 | 30.00 |
| EXHIBITS B&W W/TABS | LESZEK AUGUSTYNEK - CR | 1 | 5.45 | 5.45 |
| WITNESS READ & SIGN LETTER | LESZEK AUGUSTYNEK - CR | 1 | 17.50 | 17.50 |
| ROUGH ASCII | LESZEK AUGUSTYNEK - CR | 198 | 2.50 | 495.00 |

| | |
|---|---|
| Subtotal | 1,667.44 |
| Shipping Cost (FedEx) | 25.00 |
| Total | 1,692.44 |
| Amount Due | $1,692.44 |

Attorney is responsible for payment of all charges incurred. Payment is due by "Due Date" shown on invoice. Failure to pay by "Due Date" may result in the assessment of a late fee. Transcript package typically includes transcript/word index, exhibits, appearance fee, condensed transcript, litigation support disk, shipping, video charges and may include other service charges based on job or region. Some services and rates may vary by job or region. Please contact your local office for specific detail and questions. Full Terms and Conditions are viewable online at www.esquiresolutions.com/invoice-terms. These stated terms and conditions, to the extent they contradict the rules and regulations in Arizona, do not apply. All aspects of this invoice and other business terms comply with the ethical obligations set forth in the AZ Code of Judicial Administration Section 7-206(J)(1)(g)(3) through (6).

Please detach and return this bottom portion with your payment or pay online at

## www.esquireconnect.com

**Remit to:**
Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099

| | |
|---|---|
| Client Name | Shutts & Bowen - West Palm Be... |
| Client # | C08428 |
| Invoice # | INV0525248 |
| Invoice Date | 6/25/2015 |
| Due Date | 7/25/2015 |
| Amount Due | $ 1,692.44 |



# ESQUIRE
DEPOSITION SOLUTIONS

2700 Centennial Tower
101 Marietta Street
Atlanta GA 30303
888-486-4044
www.esquiresolutions.com
Tax ID # 45-3463120

**Invoice INV0540497**

| | |
|---|---|
| Date | 7/19/2015 |
| Terms | Net 30 |
| Due Date | 8/18/2015 |

| | |
|---|---|
| Client Number | C08428 |
| Esquire Office | Tampa |
| Proceeding Type | Deposition |
| Name of Insured | |
| Adjuster | |
| Firm Matter/File # | |
| Client Claim/Matter # | |
| Date of Loss | |

**Bill To**
Shutts & Bowen - West Palm Beach
525 Okeechobee Boulevard
West Palm Beach FL 33401

**Services Provided For**
Shutts & Bowen - West Palm Beach
Christu, Eric
525 Okeechobee Boulevard
West Palm Beach FL 33401

| Job Date | Job ID | Job Location | Case |
|---|---|---|---|
| 6/26/2015 | J0120950 | TAMPA, FLORIDA | TARASEWICZ, ANDREZEJ AND JOANNA VS. ROYAL CARIBB... |

| Description | Deponent | Qty | Unit Rate | Amount |
|---|---|---|---|---|
| TRANSCRIPT - COPY-VID-WI | Leszek Augustynek - CR | 259 | 3.35 | 867.65 |
| CONDENSED TRANSCRIPT | Leszek Augustynek - CR | 1 | 16.00 | 16.00 |
| DIGITAL TRANSCRIPT-PDF-PTX | Leszek Augustynek - CR | 1 | 30.00 | 30.00 |
| Exhibits-EXHIBITS W/TABS | Leszek Augustynek - CR | 1 | 27.00 | 27.00 |
| EXHIBITS COLOR | Leszek Augustynek - CR | 1 | 1.95 | 1.95 |
| WITNESS READ & SIGN LETTER | Leszek Augustynek - CR | 1 | 17.50 | 17.50 |

| | |
|---|---|
| Subtotal | 960.10 |
| Shipping Cost (FedEx) | 25.00 |
| Total | 985.10 |
| Amount Due | $985.10 |

Attorney is responsible for payment of all charges incurred. Payment is due by "Due Date" shown on invoice. Failure to pay by "Due Date" may result in the assessment of a late fee. Transcript package typically includes transcript/word index, exhibits, appearance fee, condensed transcript, litigation support disk, shipping, video charges and may include other service charges based on job or region. Some services and rates may vary by job or region. Please contact your local office for specific detail and questions. Full Terms and Conditions are viewable online at www.esquiresolutions.com/invoice-terms. These stated terms and conditions, to the extent they contradict the rules and regulations in Arizona, do not apply. All aspects of this invoice and other business terms comply with the ethical obligations set forth in the AZ Code of Judicial Administration Section 7-206(J)(1)(g)(3) through (6).

Please detach and return this bottom portion with your payment or pay online at

**www.esquireconnect.com**

**Remit to:**
Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099

| | |
|---|---|
| Client Name | Shutts & Bowen - West Palm Be... |
| Client # | C08428 |
| Invoice # | INV0540497 |
| Invoice Date | 7/19/2015 |
| Due Date | 8/18/2015 |
| Amount Due | $ 985.10 |

RECEIVED JUL 2 3 2015



# ESQUIRE
DEPOSITION SOLUTIONS

2700 Centennial Tower
101 Marietta Street
Atlanta GA 30303
888-486-4044
www.esquiresolutions.com
Tax ID # 45-3463120

**Invoice INV0539237**

| | | | |
|---|---|---|---|
| Date | 7/17/2015 | Client Number | C08428 |
| Terms | Net 30 | Esquire Office | Corporate |
| Due Date | 8/16/2015 | Proceeding Type | Deposition |
| | | Name of Insured | |
| | | Adjuster | |
| | | Firm Matter/File # | |
| | | Client Claim/Matter # | |
| | | Date of Loss | |

**Bill To**
Shutts & Bowen - West Palm Beach
525 Okeechobee Boulevard
West Palm Beach FL 33401

**Services Provided For**
Shutts & Bowen - West Palm Beach
Christu, Eric
525 Okeechobee Boulevard
West Palm Beach FL 33401

| Job Date | Job ID | Job Location | Case |
|---|---|---|---|
| 6/27/2015 | J0124792 | TAMPA, FLORIDA | TARASEWICZ, ANDREZEJ AND JOANNA VS. ROYAL CARIBB... |

| Description | Deponent | Qty | Unit Rate | Amount |
|---|---|---|---|---|
| TRANSCRIPT - COPY-VID-WI | Leszek Augustynek - CR | 283 | 3.35 | 948.05 |
| CONDENSED TRANSCRIPT | Leszek Augustynek - CR | 1 | 16.00 | 16.00 |
| DIGITAL TRANSCRIPT-PDF-PTX | Leszek Augustynek - CR | 1 | 30.00 | 30.00 |
| Exhibits-EXHIBITS W/TABS | Leszek Augustynek - CR | 1 | 90.50 | 90.50 |
| EXHIBITS COLOR | Leszek Augustynek - CR | 6 | 1.95 | 11.70 |
| WITNESS READ & SIGN LETTER | Leszek Augustynek - CR | 1 | 17.50 | 17.50 |

| | |
|---:|---:|
| Subtotal | 1,113.75 |
| Shipping Cost (FedEx) | 25.00 |
| Total | 1,138.75 |
| Amount Due | $1,138.75 |

Attorney is responsible for payment of all charges incurred. Payment is due by "Due Date" shown on invoice. Failure to pay by "Due Date" may result in the assessment of a late fee. Transcript package typically includes transcript/word index, exhibits, appearance fee, condensed transcript, litigation support disk, shipping, video charges and may include other service charges based on job or region. Some services and rates may vary by job or region. Please contact your local office for specific detail and questions. Full Terms and Conditions are viewable online at www.esquiresolutions.com/invoice-terms. These stated terms and conditions, to the extent they contradict the rules and regulations in Arizona, do not apply. All aspects of this invoice and other business terms comply with the ethical obligations set forth in the AZ Code of Judicial Administration Section 7-206(J)(1)(g)(3) through (6).

Please detach and return this bottom portion with your payment or pay online at

**www.esquireconnect.com**

**Remit to:**
Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099

| | |
|---:|---|
| Client Name | Shutts & Bowen - West Palm Be... |
| Client # | C08428 |
| Invoice # | INV0539237 |
| Invoice Date | 7/17/2015 |
| Due Date | 8/16/2015 |
| Amount Due | $ 1,138.75 |

